IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01567-WYD-BNB

MICHAEL AMES, an individual;
BEDE JOSEPH ARLEDGE, an individual;
ARTHUR ASHLEY, an individual;
STANLEY BALDWIN, an individual;
SUE BEIKER, an individual;
WILLIAM BELL, an individual;
DALE BINKLEY, an individual;
RALPH BRUNDIGE, an individual;
WALTER BRYANT, an individual;
JONATHAN CAREY, an individual;
JOSE CHAVEZ, an individual;
JEFFREY L. CLUPHF, an individual;
PHUOC DANG, an individual;
ROY DAVIS, an individual;
LINDA DEHERRARA, an individual;
REX DELANEY, an individual;
ROBERT DOWNES, an individual;
HAROLD FABRICIUS, an individual;
SALLY FREDERICK, an individual;
DONALD GERDY, an individual;
MICHAEL GIL, an individual;
SANDRA GROTEWOHL, an individual;
FELICITAS HARDIN, an individual;
JOE HEATH, an individual;
ALAN HILL, an individual;
ALLYN KOHLMEYER, an individual;
LINDA KURTZ, an individual;
ANDREW LEWIS, an individual;
CARL LOPEZ, an individual;
ERNEST MACK, an individual;
REUBEN MARTINEZ, an individual;
RONALD MARX, an individual;
KAREN MILLER, an individual;
JAMES MISEK, an individual;
JAMES NEWCOMB, an individual;
RICHARD OAKES, an individual;
ALICE OSNER, an individual;
ROBERT L. PIPER, an individual;
JOSE RAEL, an individual;

HELEN RAHMING, an individual;
KURT REDER, an individual;
ROBERT REPOSA, an individual;
ROBERT RIVERA, an individual;
JAMES ROCKHOLD, an individual;
ANDREW ROMERO, an individual;
GAIL RUNKLES, an individual;
KEVIN ST. CROIX, an individual;
WILLIE SCOGGINS, an individual;
JERRY SPONSEL, an individual;
DEBBIE SQUIRES, an individual;
JOHN STEELE, an individual;
JOSEPH STOGNER, an individual;
MONICA THOMAS, an individual;
ROSE THOMAS, on behalf of the Estate of Michael R. Thomas, Deceased;
LESLIE TOURNEY, an individual;
VICKI VAFEADES-ST. CROIX, an individual;
RUSSELL VAZ, an individual;
TERRY VICEK, an individual;
ROBERT VILLALOBOS, an individual;
MARIE WASHINGTON, an individual;
SCOTT WELLS, an individual;
GREGORY YATES, an individual; and
PHILIP ZIKE, an individual,

    Plaintiff(s),

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST;
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST;
GREGG FISHER, trustee;
MYRA SIMMONS, trustee;
YVETTE SALAZAR, trustee;
TERESA SEDMARK, trustee;
DIANE SUNDQUIST, trustee; and
JULIO RIVERA, trustee,

    Defendant(s).

**ORDER**

THIS MATTER is before the Court on Plaintiffs' Motion for Reassignment / Transfer of Action to Chief Judge Louis T. Babcock, filed August 23, 2005.  After considering the Motion and the authorities cited therein, the Court has determined that the Motion should be and hereby is **DENIED**.

Dated this 31st day of August, 2005.

             BY THE COURT:

             s/ Wiley Y. Daniel
             WILEY Y. DANIEL,
             United States District Judge