IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01567-WYD-BNB

MICHAEL AMES, an individual, et al.,

Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST,
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND
AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST,
GREGG FISHER, trustee,
MYRA SIMMONS, trustee,
YVETTE SALAZAR, trustee,
TERESA SEDMARK, trustee,
DIANE SUNDQUIST, trustee, and
JULIO RIVERA, trustee,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion for Leave to File a Second Amended Complaint** [Doc. # 33, filed 5/25/2006] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint and Jury Demand attached as an exhibit to the Motion.

IT IS FURTHER ORDERED that the expert disclosure deadlines established in the scheduling order are VACATED, and will be reset.

IT IS FURTHER ORDERED that the parties shall submit a revised case schedule on or before **August 15, 2006**, for my review.

Dated June 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge