IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01567-WYD-BNB

MICHAEL AMES, an individual;
BEDE JOSEPH ARLEDGE, an individual;
ARTHUR ASHLEY, an individual;
STANLEY BALDWIN, an individual;
SUE BEIKER, an individual;
WILLIAM BELL, an individual;
DALE BINKLEY, an individual;
RALPH BRUNDIGE, an individual;
WALTER BRYANT, an individual;
JONATHAN CAREY, an individual;
JOSE CHAVEZ, an individual;
JEFFREY L. CLUPHF, an individual;
PHUOC DANG, an individual;
ROY DAVIS, an individual;
LINDA DEHERRARA, an individual;
REX DELANEY, an individual;
ROBERT DOWNES, an individual;
HAROLD FABRICIUS, an individual;
SALLY FREDERICK, an individual;
DONALD GERDY, an individual;
MICHAEL GIL, an individual;
SANDRA GROTEWOHL, an individual;
FELICITAS HARDIN, an individual;
JOE HEATH, an individual;
ALAN HILL, an individual;
ALLYN KOHLMEYER, an individual;
LINDA KURTZ, an individual;
ANDREW LEWIS, an individual;
CARL LOPEZ, an individual;
ERNEST MACK, an individual;
REUBEN MARTINEZ, an individual;
RONALD MARX, an individual;
KAREN MILLER, an individual;
JAMES MISEK, an individual;
JAMES NEWCOMB, an individual;
RICHARD OAKES, an individual;
ALICE OSNER, an individual;
ROBERT L. PIPER, an individual;
JOSE RAEL, an individual;

HELEN RAHMING, an individual;
KURT REDER, an individual;
ROBERT REPOSA, an individual;
ROBERT RIVERA, an individual;
JAMES ROCKHOLD, an individual;
ANDREW ROMERO, an individual;
GAIL RUNKLES, an individual;
KEVIN ST. CROIX, an individual;
WILLIE SCOGGINS, an individual;
JERRY SPONSEL, an individual;
DEBBIE SQUIRES, an individual;
JOHN STEELE, an individual;
JOSEPH STOGNER, an individual;
MONICA THOMAS, an individual;
ROSE THOMAS, on behalf of the Estate of Michael R. Thomas, Deceased;
LESLIE TOURNEY, an individual;
VICKI VAFEADES-ST. CROIX, an individual;
RUSSELL VAZ, an individual;
TERRY VICEK, an individual;
ROBERT VILLALOBOS, an individual;
MARIE WASHINGTON, an individual;
SCOTT WELLS, an individual;
GREGORY YATES, an individual; and
PHILIP ZIKE, an individual,

    Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST;
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND
AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST;
GREGG FISHER, trustee;
MYRA SIMMONS, trustee;
YVETTE SALAZAR, trustee;
TERESA SEDMARK, trustee;
DIANE SUNDQUIST, trustee; and
JULIO RIVERA, trustee,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of Defendants' Motion to Dismiss Second Amended Complaint for Lack of Subject Matter Jurisdiction [# 53] filed on July 31, 2006, Defendants' Motion to Dismiss [# 14], filed November 14, 2005, is **DENIED AS MOOT**.

    Dated:  August 1, 2006