IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01567-WYD-BNB

MICHAEL AMES, an individual, et al.,

Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST,
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND
AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST,
GREGG FISHER, trustee,
MYRA SIMMONS, trustee,
YVETTE SALAZAR, trustee,
TERESA SEDMARK, trustee,
DIANE SUNDQUIST, trustee,
JULIO RIVERA, trustee,
ROSEMARIE SNYDER, trustee,
MICHAEL RUCKER, trustee,
LLOYD MACK, trustee,
LARRY SORGENT, trustee, and
EARL NICHOL, trustee,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Motion to Vacate Status Conference and Status Report** [docket no. 110, filed March 13, 2007] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and the Status Conference set for March 22, 2007, is **vacated and reset to May 2, 2007, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  March 13, 2007