IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01567-WYD-BNB

MICHAEL AMES, an individual, et al.,

Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST,
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND
AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST,
GREGG FISHER, trustee,
MYRA SIMMONS, trustee,
YVETTE SALAZAR, trustee,
TERESA SEDMARK, trustee,
DIANE SUNDQUIST, trustee,
JULIO RIVERA, trustee,
ROSEMARIE SNYDER, trustee,
MICHAEL RUCKER, trustee,
LLOYD MACK, trustee,
LARRY SORGENT, trustee, and
EARL NICHOL, trustee,

Defendants.
_____

## **AMENDED ORDER**
_____

This matter is before me on the Joint Motion for Third Extension of Time to Answer Second Amended Complaint [Doc. # 143, filed 5/11/2007] (the "Motion"). In addition, the parties appeared this afternoon at a status conference to discuss the case schedule. Consistent with matters discussed this afternoon:

IT IS ORDERED that the Motion is GRANTED, and the defendants shall respond to the Second Amended Complaint on or before **June 7, 2007**.

IT IS FURTHER ORDERED that the case schedule is modified as follows:

**Deadline for Joinder of Parties and Amendment of Pleadings:**

    To add subsequently retiring plaintiffs:    **October 15, 2007**

    For all other purposes:    **July 23, 2007**

**Discovery Cut-Off:**    **November 16, 2007**

**Dispositive Motions Deadline:**    **January 11, 2008**

**Expert Disclosures:**

**(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 24, 2007**

**(b)**    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 12, 2007**

**Final Pretrial Conference:** A final pretrial conference is set for **March 14, 2008, at 9:30 a.m.** A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **March 7, 2008**.

IT IS FURTHER ORDERED that the parties shall submit, on or before **August 1, 2007**, confidential settlement statements describing the status of settlement efforts.

Dated May 22, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge