IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01567-WYD-BNB

MICHAEL AMES, an individual, et al.,

Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST,
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND
AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST,
GREGG FISHER, trustee,
MYRA SIMMONS, trustee,
YVETTE SALAZAR, trustee,
TERESA SEDMARK, trustee,
DIANE SUNDQUIST, trustee,
JULIO RIVERA, trustee,
ROSEMARIE SNYDER, trustee,
MICHAEL RUCKER, trustee,
LLOYD MACK, trustee,
LARRY SORGENT, trustee, and
EARL NICHOL, trustee,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Modification of Scheduling Order** [docket no. 168, filed July 20, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the following dates are extended:

Deadline for Joinder of Parties and Amendment of Pleadings:
    To add subsequently retiring plaintiffs: **October 29, 2007**;
    For all other purposes: **August 6, 2007**;
Discovery Cut-off: **November 30, 2007**;
Dispositive Motions Deadline: **January 25, 2008**;

       Expert Witness Disclosures:
              The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 7, 2007**;
              The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 26, 2007**;

Parties to submit Confidential Settlement Statements describing status of settlement efforts: **August 15, 2007**.

DATED:  July 23, 2007