IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01567-WYD-BNB

MICHAEL AMES, an individual, et al.,

Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST,
BOARD OF TRUSTEES, REGIONAL TRANSPORTATION DISTRICT AND
AMALGAMATED TRANSIT UNION DIVISION 1001 PENSION FUND TRUST,
GREGG FISHER, trustee,
MYRA SIMMONS, trustee,
YVETTE SALAZAR, trustee,
TERESA SEDMARK, trustee,
DIANE SUNDQUIST, trustee,
JULIO RIVERA, trustee,
ROSEMARIE SNYDER, trustee,
MICHAEL RUCKER, trustee,
LLOYD MACK, trustee,
LARRY SORGENT, trustee, and
EARL NICHOL, trustee,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Unopposed Motion for Leave to File Third Amended Complaint** [docket no. 185, filed August 31, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the Third Amended Complaint for Class Action and Jury Demand.

DATED:  September 5, 2007