IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01567-WYD-BNB

ARTHUR ASHLEY, et al.,

Plaintiffs,

v.

REGIONAL TRANSPORTATION DISTRICT AND AMALGAMATED TRANSIT UNION
DIVISION 1001 PENSION FUND TRUST, et al.,

Defendants.

**ORDER RE: MOTION TO AMEND THE COURT'S OCTOBER 31, 2007
ORDER TO INCLUDE DEFENDANT LARRY SORGET AS A SETTLING
PARTY IN ITS PRELIMINARY APPROVAL OF THE
CLASS ACTION SETTLEMENT AGREEMENT**

THIS MATTER is before the Court on the Unopposed Motion to Amend the Court's October 31, 2007 Order to Include Defendant Larry Sorget as a Settling Party in its Preliminary Approval of the Class Action Settlement Agreement (docket #213), filed November 20, 2007. After carefully reviewing the file and being otherwise fully advised in the premises, I find that this motion should be granted. Accordingly, it is hereby

ORDERED that the Unopposed Motion to Amend the Court's October 31, 2007 Order to Include Defendant Larry Sorget as a Settling Party in its Preliminary Approval of the Class Action Settlement Agreement (docket #213) is **GRANTED.** It is

FURTHER ORDERED that the signature of Defendant Larry Sorget upon the Class Action Settlement Agreement in this case is **ACCEPTED AND APPROVED**. It is

FURTHER ORDERED that my October 31, 2007 Order shall be amended to reflect that Defendant Larry Sorget is also a settling Defendant, pursuant to the terms of the Class Action Settlement Agreement.

Dated: November 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge