IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL

_____

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: January 29, 2008 |
| E.C.R./Reporter: Kara Spitler | |

_____

| | |
|---|---|
| Civil Action No: **05-cv-01567-WYD-BNB** | Counsel: |
| | |
| **MICHAEL AMES, et al.**, | Diane V. Smith |
| | Bruce Fierst |
| Plaintiffs, | |
| | |
| v. | |
| | |
| **REGIONAL TRANSPORTATION** | Howard Shapiro |
| **DISTRICT and** | Yolanda D. Montgomery |
| **AMALGAMATED TRANSIT UNION** | Edward T. Ramey |
| **DIVISION 1001 PENSION FUND TRUST,** | David H. Stacy |
| **et al.**, | Susan M. Schaecher |
| | R. Livingston Keithley |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**FAIRNESS HEARING**

**9:18 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

9:21 a.m.   Statement by Defendants (Mr. Shapiro).

Issue of fairness of settlement and Plaintiffs' Unopposed Motion for Attorney Fees Incorporating Points and Authorities (#221 - 1/7/08) are raised for argument.

9:23 a.m.   Argument by Plaintiffs (Ms. Smith).

9:51 a.m.    Argument by Defendants (Mr. Shapiro).

Court makes findings.

**ORDERED:** Court finds that the settlement reached between the parties is fair and reasonable.

**ORDERED:** Plaintiffs' Unopposed Motion for Attorney Fees Incorporating Points and Authorities (#221 - 1/7/08) is **GRANTED.**

**ORDERED:** Ms. Smith shall file a form of order, as to the issue of fairness and attorney fees, not later than **Wednesday, February 6, 2008.**

**10:13 a.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:55**